JOHN P. LeCRONE (State Bar No. 115875)
johnlecrone@dwt.com
SCOTT R. COMMERSON (State Bar No. 227460)
scottcommerson@dwt.com
JIBRAUN RIAZ (State Bar No. 280776)
jibraunriaz@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
ALCOA GLOBAL FASTENERS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ORTEGA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALCOA GLOBAL FASTENERS, INC., a corporation; and DOES I through 50, inclusive,<br><br>Defendant. | Case No. 2:13CV16-7690-SVW-SKx<br><br>**Hon. Stephen V. Wilson**<br><br>**NOTICE OF ERRATUM REGARDING NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIFTH CAUSE OF ACTION UNDER RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM (DKT. #20)** |

**TO THE COURT AND PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Defendant Alcoa Global Fasteners, Inc. ("AGF")[1] submits this Notice of Erratum to correct the Notice of Motion to Dismiss Plaintiff's Fifth Cause of Action Under Rule 12(b)(6) For Failure to State a Claim (Dkt. #20). The Notice of Motion incorrectly stated at p. 2, lns. 9-10, that the parties conducted a Local Rule 7-3 conference on October 25-26, 2016. As explained below, the statement resulted from a good faith misunderstanding regarding the meet and confer process that was undertaken.

AGF filed two briefs on November 14, 2016: the aforementioned Motion to Dismiss and its Opposition to Plaintiff's Motion to Remand (Dkt. #19). Scott Commerson, a partner with the law firm representing AGF in this action, began working on this case on November 10, 2016, stepping in for an attorney who went out on paternity leave. November 21, 2016 Declaration of Scott R. Commerson ("Commerson Decl."), ¶ 2, attached as Ex. B hereto. When Mr. Commerson finalized the Motion to Dismiss on November 14, he understood from the associate handling the case that the parties had met-and-conferred regarding the Motion. *Id.* ¶ 4.

That understanding was incorrect, as the parties had met-and-conferred on Plaintiff's Motion to Remand, rather than the Motion to Dismiss, on October 25-26, 2016. As a result of that misunderstanding, the Notice incorrectly stated that the Rule 7-3 conference on the Motion to Dismiss took place on October 25-26, 2016. The error was brought to counsel's attention by plaintiff's counsel the following morning and Mr. Commerson promptly explained to plaintiff's counsel the inadvertent error. *Id.* ¶¶ 5-6.

---

[1] Alcoa Global Fasteners, Inc. is now known as Arconic Fastening Systems and Rings, Inc.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

The parties' counsel discussed the substance of the Motion to Dismiss during that call. *Id.* ¶ 6-7. When AGF's counsel asked about plaintiff's position concerning AGF's grounds for dismissal of the fifth cause of action for violation of the Private Attorneys' General Act ("PAGA"), plaintiff's counsel explained that plaintiff believed the claim was viable and would not agree to withdraw it. Although plaintiffs' counsel claimed she was not in a position to fully meet and confer with AGF's counsel at that time, she stated she could do so after she had further opportunity to review the Motion. *Id.* ¶ 7. Over the next several days, AGF's counsel reiterated its offer to further meet and confer regarding the Motion, even though plaintiff's counsel had already made it clear that plaintiff would not withdraw the PAGA claim under any circumstances. *Id.* ¶ 8. Plaintiff's counsel declined to engage, however, in any further discussions regarding the Motion to Dismiss. *Id.*

Attached as Ex. A is an Amended Notice of Motion and Motion to Dismiss the Plaintiff's Fifth Cause of Action Under Rule 12(b)(6) For Failure to State a Claim with corrected information concerning the dates of the parties' meet and confer discussions at p. 2, lns. 9-10 of the Amended Notice of Motion.

Subject to the Court's discretion and scheduling availability, AGF is prepared to continue the hearing on the Motion to Dismiss until the Court's next available hearing date on or after January 9, 2017, to ensure sufficient notice of the Motion following its efforts to meet-and-confer with plaintiff.

DATED: November 22, 2016

DAVIS WRIGHT TREMAINE LLP
JOHN P. LeCRONE
SCOTT R. COMMERSON
JIBRAUN RIAZ

By: /S/ John P. LeCrone
John P. LeCrone
Attorneys for Defendant
ALCOA GLOBAL FASTENERS, INC.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899